BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. McCOY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00134-JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| MICHAEL ANGELO ROJAS, JR., | DATE: August 19, 2014 |
| Defendant. | TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on August 19, 2014.

2. By this stipulation, the parties now move for a <u>one week</u> continuance of the status conference until August 26, 2014 at 9:30 a.m., and to exclude time between August 19, 2014, and August 26, 2014 at 9:30 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case has been either produced directly to defense counsel and/or made available for inspection and copying.

b) The parties are currently involved in active plea negotiations and require one additional week to complete those negotiations and, if appropriate, finalize a formal plea offer.

      c)     Once a formal plea offer is presented, counsel for defendant will need additional time to go over the discovery in the case again in light of the offer, as well as review the offer with his client so that a decision on acceptance or rejection can be made. The parties believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 19, 2014 to August 26, 2014 at 9:30 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 15, 2014            BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ MICHAEL D. McCOY
                                         MICHAEL D. McCOY
                                         Assistant United States Attorney

Dated: August 15, 2014            /s/ GREGORY L. MARTIN (telephone authorization)
                                         GREGORY L. MARTIN
                                         Counsel for Defendant
                                         MICHAEL ANGELO ROJAS, JR..

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 15th day of August, 2014

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE